**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Abdul Muhammad v. Chicago Board of Education, et al.

Case Number: 1:24cv10225

An appearance is hereby filed by the undersigned as attorney for: Chicago Board of Education, Chicago Public Schools, Pedro Martinez, Felicia Sanders, Devon Larosa, Allison Tingwall, Kishasha Williams-Ford.

Attorney name (type or print): Susan J. Best

Firm: Gordon Rees Scully Mansukhani, LLP

Street address: 1 N. Wacker Dr., Suite 1600

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6302403
(See item 3 in instructions)

Telephone Number: 312-565-1400

Email Address: sbest@grsm.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you a member of the court's general bar? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ☒ No

Are you appearing *pro hac vice*? ☐ Yes ☒ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10/02/2025

Attorney signature: S/ Susan J. Best
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023