IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABDUL MUHAMMAD, )<br>　　　Plaintiff, )<br> )<br>　　v. )<br> )<br>CHICAGO BOARD OF EDUCATION, *et al,* )<br>　　　Defendants. ) | Case No. 24 cv 10225<br><br>Honorable Andrea Wood |

## MOTION TO WITHDRAW
## APPEARANCES

Two of Defendants' counsel -- Thomas Doyle and Clara Kent -- request permission to withdraw their appearances in this litigation.

1. Upon such withdrawal, Mr. Doyle and Ms. Kent will no longer appear on behalf of any Defendant in this case.

2. Each of the Defendants has other counsel -- from private firms -- already appearing for them. See *ECF 50, 51 & 52* (outside counsel appearing for Defendant Kelly Tarrant); *ECF 45* (outside counsel appearing for every other defendant).

3. No party would be prejudiced by these withdrawals.

WHEREFORE, under Local Rule 83.17, the undersigned request permission to withdraw the appearances of Thomas Doyle and Clara Kent from this litigation.

- 2 -

January 2, 2026                                     Respectfully submitted,

                                                    Elizabeth K. Barton, Acting General Counsel

                                                    By:    /s/ *Thomas A. Doyle*

Thomas A. Doyle, Assistant Deputy General Counsel (tadoyle2@cps.edu)
Clara Kent, Assistant general Counsel (crkent@cps.edu)
Board of Education of the City of Chicago, Law Department
One North Dearborn, Suite 900
Chicago, Illinois 60602
(773) 553-1700

## **CERTIFICATE OF SERVICE**

     I, Thomas A. Doyle, certify that, on January 2, 2026, I caused the foregoing document to be filed and served using the CM/ECF system.

                                          /s/ *Thomas A. Doyle*